IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| Joseph R. Falasco,<br><br>    Plaintiff,<br><br>v.<br><br>USAA Casualty Insurance Company,<br><br>    Defendant. | Case No.: 4:23-CV-01054 BSM<br><br>Judge Brian S. Miller |

## JUDGMENT

Consistent with the Jury Verdict and the Court's Order (ECF 45) granting partial summary judgment to Defendant USAA Casualty Insurance Company ("Defendant"), it is ordered, adjudged, and decreed as follows:

1.    Judgment is rendered in favor of Plaintiff Joseph R. Falasco ("Plaintiff") and against Defendant on Count I of the Complaint in the total amount of $8,043.70, consisting of the principal damages amount of $71,363.95, plus prejudgment interest of $1,870.76, plus taxable costs of $4,997.55, minus $70,188.56 already paid by Defendant.

IT IS SO ORDERED this 22nd day of July 2025.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE